## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA L. CAROTHERS, as Administrator of the Estate of Eric Lee McRae, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) )   Case No. 6:17-cv-01260-EFM-GEB |
| TAUTACHROME, INC., | ) ) ) |
| *Defendant*. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Kendra L. Carothers, as Administrator of the Estate of Eric L. McRae, dismisses the above-captioned matter with prejudice, the parties to bear their own attorneys fees and costs.

/s/ Edward L. Robinson
Edward L. Robinson, # 22043
Robinson Law Firm, LLC
200 N. Broadway, 5th Floor
Wichita, KS 67202
Phone (316) 260-9771
Fax (316) 462-9530
erobinson@robinsonlawks.com
*Attorney for Plaintiff*

/s/ Francis J. Santo
Francis J. Santo, # 26177
Santo Law Office, P.A.
111 South Whittier Street, Suite 310
Wichita, KS 67207
Phone (316) 689-4245
Fax (316) 689-4246
frank@santolaw.com
*Attorney for Defendant*